**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Marcel Daron KING, Defendant–
Appellant.**

**No. 11–10182.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 20, 2012.*

Filed Aug. 1, 2012.

Barry J. Portman, Federal Public Defender, Daniel P. Blank, Assistant Federal Public Defender, San Francisco, CA, for the appellant.

Melinda Haag, United States Attorney, Barbara J. Valliere, Chief, Appellate Division, Assistant United States Attorney, Su-

zanne B. Miles, Assistant United States Attorney, San Francisco, CA, for the appellee.

Before: ALEX KOZINSKI, Chief Judge, HARRY PREGERSON, DIARMUID F. O'SCANNLAIN, SIDNEY R. THOMAS, WILLIAM A. FLETCHER, RICHARD A. PAEZ, MARSHA S. BERZON, RICHARD R. CLIFTON, CONSUELO M. CALLAHAN, SANDRA S. IKUTA and N. RANDY SMITH, Circuit Judges.

**OPINION**

PER CURIAM:

We overrule *Motley v. Parks*, 432 F.3d 1072 (9th Cir.2005), the precedent on which it relies, *Moreno v. Baca*, 400 F.3d 1152 (9th Cir.2005), and *United States v. Harper*, 928 F.2d 894 (9th Cir.1991), and later cases that rely on it, including *United States v. Baker*, 658 F.3d 1050 (9th Cir. 2011), *Sanchez v. Canales*, 574 F.3d 1169 (9th Cir.2009), and *United States v. Lopez*, 474 F.3d 1208 (9th Cir.2007), to the extent they hold that "there is no constitutional difference between probation and parole for purposes of the fourth amendment." *Motley*, 432 F.3d at 1083 n. 9 (internal quotation marks omitted). These cases conflict with the Supreme Court's holding that "parolees have fewer expectations of privacy than probationers." *Samson v. California*, 547 U.S. 843, 850, 126 S.Ct. 2193, 165 L.Ed.2d 250 (2006).

*United States v. King*, 672 F.3d 1133 (9th Cir.2012), is vacated, and the case is

---

* The panel unanimously concludes this case is suitable for decision without oral argument.

*See* Fed. R.App. P. 35; 9th Cir. R. 35–1 to 35–3 advisory committee's note.

referred to the original panel for disposition consistent with this opinion.